

**Re: Notice of Settlement - 3:10-cv-314 (Weade v. National Recoveries, Inc)**

Diane Palacios   to: Timothy Sostrin   11/08/2010 10:25 AM
Cc: Cathy Carnew

Mr. Sostrin -

Thank you for your email notification of settlement.

By copy of this email, I am forwarding your email to Cathy Carnew, Judge Hoyt's Galveston Case Manager.  Please direct any future communications regarding Judge Hoyt's cases on his Galveston docket to Ms. Carnew either by email or by phone at 409-766-3547.

Thank you!

Diane Palacios, Case Manager to
The Honorable Kenneth M. Hoyt,
United States District Judge
Southern District of Texas
713/250-5515 ph.

---

Timothy Sostrin   Dear Ms. Palacios: I am writing pursuant to Judg...   11/05/2010 09:33:22 AM

| | |
|---|---|
| From: | Timothy Sostrin <tjs@legalhelpers.com> |
| To: | diane_palacios@txs.uscourts.gov |
| Date: | 11/05/2010 09:33 AM |
| Subject: | Notice of Settlement - 3:10-cv-314 (Weade v. National Recoveries, Inc) |

Dear Ms. Palacios:

I am writing pursuant to Judge Hoyt's Procedures to inform you that the parties have reached a settlement of this matter, which is currently set for a telephonic scheduling conference on November 17.  All settlement documents are not yet executed, but I expect to be in a position to file a voluntary dismissal within 30 days.  Please let me know if you need anything further from me.

Thank you,

Timothy J. Sostrin, Esq*, Senior Associate
Macey & Aleman, P.C./Legal Helpers, P.C.
233 S. Wacker Drive, Suite 5150
Chicago, IL 60606
Telephone: 866-339-1156
Fax: 312-822-1064

* Admitted in Illinois and U.S. District Courts in Illinois, Indiana, Michigan, Missouri, Texas, and Wisconsin.

NOTICE OF CONFIDENTIALITY: This e-mail and its attachments, if any, are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, please do not

read, distribute, or take action in reliance upon this e-mail. If you have received this e-mail in error, please notify the sender immediately by reply e-mail or telephone call and delete this email and any attachments from your computer system. The transmission of this message does not constitute a waiver of attorney-client or work product privilege.